July 19, 2010

**FILED**

JUL 2 2 2010

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

US Bankruptcy Court
Clerk's Office
230 N 1st Avenue
Phoenix AZ 85003

RE: 2-10-bk-19330-PHX-GBN

Attached is the Schedule I – Statement of Current Income that was inadvertently omitted in my package of schedules submitted July 6th, 2010.

Thank you.

*Colleen M. Canale*
Colleen M. Canale
12012 N 68th Place
Scottsdale, AZ 85254
480-626-0762

cc: US Trustee's Office, Phoenix, AZ  ATTN: Jean LaShelle

In re **COLLEEN MARY CANALE**
Debtor

Case No. **2:10-bk-19330-GBN**
(if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): Daughter | AGE(S): 18 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Commercial Real Estate Agent | Unemployed |
| Name of Employer | Keller Williams Arizona Realty | |
| How long employed | 4 | |
| Address of Employer | 9500 E. Ironwood Sq. Dr A102 Scottsdale, AZ | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| | $ 0.00 | $ 0.00 |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | | |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): None | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 446.00 | $ 0.00 |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): None | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 446.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $ 446.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 446.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Improvement in commissions and draws from Lackman Commercial Group/Keller Williams to $1.5K/mo, growing to $5K. Rental income on at least 1 of 2 homes at 12012 N 68th PL - $2000-$4000/mo. Part time contract employment - $500-$1000/Mo. VA Disability - $1K/Mo. Total approx $9.5K/mo.**

07/23/2010