July 30, 2010

**FILED**

US Bankruptcy Court
Clerk's Office
230 N 1st Avenue
Phoenix AZ 85003

AUG - 3 2010

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

RE: 2-10-bk-19330-PHX-GBN

I am requesting a hearing on the matter raised by BANK UNITED, in their correspondence NOTICE OF NON-CONSENT TO USE CASH COLLATERAL to the Court dated July 13th, 2010.

Thank you.

Colleen M. Canale
12012 N 68th Place
Scottsdale, AZ 85254
480-626-0762

cc: US Trustee's Office, Phoenix, AZ ATTN: Jean LaShelle

08/03/2010